BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| YVETTE WILSON, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 2:12-cv-00329-EFB <br><br> STIPULATION AND P~~ROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE ANSWER AND LODGE CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file an answer and to lodge the certified administrative record.  Defendant requires this additional time because the certified administrative record has not been prepared yet.  The Court Case Preparation and Review Branch (CCPRB) of the Office of Disability Adjudication and Review informed the undersigned counsel for Defendant that Plaintiff filed her complaint untimely.  Upon consultation with Plaintiff's counsel, counsel for Defendant learned that Plaintiff sought and obtained an extension for filing her complaint.  Defense counsel then informed CCPRB of this oversight.  CCPRB is now preparing a certified administrative record for filing, but Defendant requires additional time for this preparation before filing the answer and administrative record.

Stip. & Prop. Order for Extension              1

The current due date is May 16, 2012; the new due date will be June 15, 2012. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Respectfully submitted May 2, 2012.

Respectfully submitted,

Dated: May 2, 2012        */s/ Brian C. Shapiro*
                          (As authorized via email)
                          BRIAN C. SHAPIRO
                          Attorney for Plaintiff


                          BENJAMIN B. WAGNER
                          United States Attorney

Date: May 2, 2012         By *s/ Daniel P. Talbert*
                          DANIEL P. TALBERT
                          Special Assistant U. S. Attorney

                          Attorneys for Defendant Michael J. Astrue


                          <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  May 3, 2012.

                          _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension          2