```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8926
        Facsimile:  (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| YVETTE WILSON,   )<br>    Plaintiff,   )<br>v.   )<br>   )<br>   )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of Social Security,   )<br>    Defendant.   )<br>_____ ) | Case No. 2:12-cv-00329-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE ANSWER AND LODGE CERTIFIED ADMINISTRATIVE RECORD |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file an answer and to lodge the certified administrative record.  Defendant requires this additional time because the certified administrative record has not been prepared yet.  The Court Case Preparation and Review Branch (CCPRB) of the Office of Disability Adjudication and Review informed the undersigned counsel for Defendant that it is still waiting to receive the recording of Plaintiff's hearing, which it needs before it can prepare the certified administrative record.

   The current due date is June 15 2012; the new due date will be July 15, 2012.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Stip. & Prop. Order for Extension             1

1 | Respectfully submitted June 13, 2012.

Respectfully submitted,

Dated: June 13, 2012

*/s/ Brian C. Shapiro*
(As authorized via email)
BRIAN C. SHAPIRO
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: June 13, 2012

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

DATED: June 18, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension                    2